# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **In re** | Chapter 7 |
| **Tanel Erastus,** | Case No. 16-40401 |
| | Hon. Carol A. Doyle |
| **Debtor.** | |
| | Hearing Date: October 26, 2017 |
| | Hearing Time: 10:30 a.m. |

## NOTICE OF FINAL APPLICATION FOR COMPENSATION

**TO:**     SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on **October 26, 2017 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Carol A. Doyle, United States Bankruptcy Judge in Courtroom 742 of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing motions, and shall then and there present the attached **Trustee's Final Application For Compensation**, a copy of which is available for inspection at the Office of the Clerk, at the following address:

> 219 S. Dearborn Street
> Chicago, IL. 60604

**AT WHICH TIME AND PLACE** you may appear if you see fit.

| | |
|---|---|
| September 11, 2017 | Respectfully Submitted, |
| | Ira Bodenstein, not individually but as the chapter 7 trustee of the bankruptcy estate of Tanel Erastus, |
| | By:     */s/ Ira Bodenstein* |
| | One of Its Attorneys |

Ira Bodenstein (#3126857)
SHAW FISHMAN GLANTZ & TOWBIN, LLC
321 N. Clark Street, Suite 800
Chicago, IL  60654
(312) 541-0151
ibodenstein@shawfishman.com

{12017-001 NOT A0483667.DOCX}

Printed: 09/11/17 10:38 AM

# Trustee's Compensation

**Debtor:** ERASTUS, TANEL                                    **Case:** 16-40401

| Computation of Compensation | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 7,600.00 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 2,600.00 | = | 260.00 |
| 5% of Next $950,000 | 0.00 | = | 0.00 |
| 3% of Balance | 0.00 | = | 0.00 |
| | Calculated Total Compensation: | | $1,510.00 |
| | Plus Adjustment: | | 0.00 |
| | Total Compensation: | | $1,510.00 |
| | Less Previously Paid: | | 0.00 |
| | **Total Compensation Requested:** | | **$1,510.00** |

| Trustee Expenses | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 50 copies at 10.0 cents per copy | 5.00 |
| Postage | | 5.98 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 0.00 |
| Other Expenses 2 | | 0.00 |
| | Subtotal Expenses: | $10.98 |
| | Plus Adjustment: | 0.00 |
| | Total Expenses: | $10.98 |
| | Less Previously Paid: | 0.00 |
| | **Total Expenses Requested:** | **$10.98** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $1,510.00 as compensation and $10.98 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 09/11/17                                    Signed: /s/ Ira Bodenstein

Ira Bodenstein
321 N. Clark St., Ste. 800

Chicago, IL 60654