# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ERASTUS, TANEL    § Case No. 16-40401
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $4,500.00<br>*(without deducting any secured claims)* | Assets Exempt: $7,200.00 |
| Total Distribution to Claimants: $6,013.53 | Claims Discharged<br>Without Payment: $63,927.65 |
| Total Expenses of Administration: $1,586.47 | |

　　3) Total gross receipts of $ 7,600.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,600.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,586.47 | 1,586.47 | 1,586.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 64,618.00 | 52,249.18 | 52,249.18 | 6,013.53 |
| **TOTAL DISBURSEMENTS** | $64,618.00 | $53,835.65 | $53,835.65 | $7,600.00 |

    4) This case was originally filed under Chapter 7 on December 27, 2016. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/06/2018            By: /s/Ira Bodenstein
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Mercedes, 75,000 miles. Entire property val | 1129-000 | 7,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,600.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ira Bodenstein | 2100-000 | N/A | 1,510.00 | 1,510.00 | 1,510.00 |
| Trustee Expenses - Ira Bodenstein | 2200-000 | N/A | 10.98 | 10.98 | 10.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.18 | 10.18 | 10.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.99 | 11.99 | 11.99 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.88 | 10.88 | 10.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.50 | 10.50 | 10.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.94 | 11.94 | 11.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,586.47 | $1,586.47 | $1,586.47 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 8,779.00 | 8,893.33 | 8,893.33 | 1,023.56 |
| 2 | American Express Centurion Bank | 7100-000 | 36,355.00 | 36,355.83 | 36,355.83 | 4,184.31 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 1,792.00 | 1,863.75 | 1,863.75 | 214.51 |
| 4 | Comenity Capital Bank | 7100-000 | N/A | 5,136.27 | 5,136.27 | 591.15 |
| NOTFILED | Roadloans.com | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nuvell Credit Co | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Santander Consumer USA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Santander Consumer USA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Motor Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibankna | 7100-000 | 880.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 3,056.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Citibankna | 7100-000 | 4,826.00 | N/A | N/A | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| NOTFILED | Citibankna | 7100-000 | 8,930.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $64,618.00 | $52,249.18 | $52,249.18 | $6,013.53 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-40401  
**Case Name:** ERASTUS, TANEL  

**Period Ending:** 01/06/18

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 12/27/16 (f)  
**§341(a) Meeting Date:** 01/27/17  
**Claims Bar Date:** 05/19/17

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  Cash<br>Orig. Description: Cash; Imported from original petition Doc# 1; Exemption: Cash - Amount: 50.00 | 50.00 | 0.00 | | 0.00 | FA |
| 2  Deposits of money: Chase checking<br>Orig. Description: Deposits of money: Chase checking; Imported from original petition Doc# 1; Exemption: Chase checking - Amount: 600.00 | 600.00 | 0.00 | | 0.00 | FA |
| 3  Security dep. and prepayments: Security Deposit<br>Orig. Description: Security dep. and prepayments: Security Deposit with Landlord; Imported from original petition Doc# 1; Exemption: Security Deposit with Landlord - Amount: 1550.00 | 1,550.00 | 0.00 | | 0.00 | FA |
| 4  Furniture and computer<br>Orig. Description: Furniture and computer; Imported from original petition Doc# 1; Exemption: Furniture and computer - Amount: 800.00 | 500.00 | 0.00 | | 0.00 | FA |
| 5  Clothes<br>Orig. Description: Clothes; Imported from original petition Doc# 1; Exemption: Clothes - Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 6  Ret. or Pension Acct.: Union Pension in effect o<br>Orig. Description: Ret. or Pension Acct.: Union Pension in effect on retirement; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7  Possible Claim for Child Support against ex wife<br>Orig. Description: Possible Claim for Child Support against ex wife; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8  2008 Ford E-150, 210,000 miles. Entire property<br>Orig. Description: 2008 Ford E-150, 210,000 miles. Entire property value: $1,000.00; Imported from original petition Doc# 1; Exemption: 2008 Ford E-150 210,000 miles - Amount: 1000.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9  2009 Mercedes, 75,000 miles. Entire property val<br>Payment received per compromise order entered 3/2/2017 (Dkt 23). | 8,000.00 | 0.00 | | 7,600.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-40401  
**Case Name:** ERASTUS, TANEL  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 12/27/16 (f)  
**§341(a) Meeting Date:** 01/27/17  

**Period Ending:** 01/06/18  
**Claims Bar Date:** 05/19/17  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Description: 2009 Mercedes, 75,000 miles. Entire property value: $8,000.00; Imported from original petition Doc# 1; Exemption: 2009 Mercedes 75,000 miles - Amount: 2400.00 | | | | | |
| 10 | Tools of the trade<br>Orig. Description: Tools of the trade; Imported from original petition Doc# 1; Exemption: Tools of the trade - Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets**  Totals (Excluding unknown values) | **$12,500.00** | **$0.00** | | **$7,600.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/2017- Trustee waiting for claims bar date to pass (5/19/2017).

**Initial Projected Date Of Final Report (TFR):**  December 31, 2017    **Current Projected Date Of Final Report (TFR):**  September 11, 2017  (Actual)

Printed: 01/06/2018 10:49 AM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-40401  
**Case Name:** ERASTUS, TANEL  

**Taxpayer ID #:** **-***1483  
**Period Ending:** 01/06/18

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/13/17 | {9} | Tanel Erastus | Lump sum payment for equity in Mercedes;order entered 3/2/17 Dkt # 23 | 1129-000 | 7,600.00 | | 7,600.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,590.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.18 | 7,579.82 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.99 | 7,567.83 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.88 | 7,556.95 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.50 | 7,546.45 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.94 | 7,534.51 |
| 10/27/17 | 101 | Ira Bodenstein | Dividend paid 100.00% on $10.98, Trustee Expenses; Reference: | 2200-000 | | 10.98 | 7,523.53 |
| 10/27/17 | 102 | Ira Bodenstein | Dividend paid 100.00% on $1,510.00, Trustee Compensation; Reference: | 2100-000 | | 1,510.00 | 6,013.53 |
| 10/27/17 | 103 | Discover Bank | Dividend paid 11.50% on $8,893.33; Claim# 1; Filed: $8,893.33; Reference: 3196 | 7100-000 | | 1,023.56 | 4,989.97 |
| 10/27/17 | 104 | American Express Centurion Bank | Dividend paid 11.50% on $36,355.83; Claim# 2; Filed: $36,355.83; Reference: 9543 | 7100-000 | | 4,184.31 | 805.66 |
| 10/27/17 | 105 | PYOD, LLC its successors and assigns as assignee | Dividend paid 11.50% on $1,863.75; Claim# 3; Filed: $1,863.75; Reference: 5913 | 7100-000 | | 214.51 | 591.15 |
| 10/27/17 | 106 | Comenity Capital Bank | Dividend paid 11.50% on $5,136.27; Claim# 4; Filed: $5,136.27; Reference: | 7100-000 | | 591.15 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 7,600.00 | 7,600.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 7,600.00 | 7,600.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,600.00** | **$7,600.00** | |

| | Net Receipts : | 7,600.00 |
|---|---|---|
| | Net Estate : | $7,600.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0466 | 7,600.00 | 7,600.00 | 0.00 |
| | **$7,600.00** | **$7,600.00** | **$0.00** |

{} Asset reference(s)

Printed: 01/06/2018 10:49 AM    V.13.30